## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3122 |
| vs. | ORDER |
| PHILLIP D. HOLDEN, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Without Prejudice the Indictment (filing 5). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1.    The plaintiff's Motion To Dismiss Indictment (filing 5) is granted.

2.    The indictment is dismissed as to defendant Phillip D. Holden.

Dated this 21st day of August, 2015.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
United States District Judge